JOHN BOLL, Respondent, *v.* SHARP & DOHME, INC., Appellant.

Argued April 23, 1954; decided May 27, 1954.

*Joseph J. Brophy* and *Francis M. Walsh* for appellant.

*Abraham Markhoff* and *Julian H. Gottlieb* for respondent.

Order affirmed, with costs. Questions certified answered in the negative. No opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. Taking no part: VAN VOORHIS, J.